**V. Marvelene PANKEY, Appellant,**

v.

**John P. O'CONNOR, Respondent.**

**No. WD 48499.**

Missouri Court of Appeals,
Western District.

Feb. 7, 1995.

V. Marvalene Pankey, pro se.

Randa Rawlins, Laura E. Thompson, Niewald, Waldeck & Brown, Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

Appeal arises from dismissal with prejudice of Appellant's First Amended Petition for defamation for failure to state a claim upon which relief can be granted.

Judgment is affirmed. Rule 84.16(b).